United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMERSON DANIEL VENTURA RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-5955 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner's request to dismiss the petition as moot (Dkt. 7) is **GRANTED**. All claims asserted in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 29, 2026.

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE